1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  ARIANNA R. BERG (NYBN 4127825)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-6776
       Fax: (415) 436-6753
7      E-Mail: Arianna.berg@usdoj.gov

8  Attorneys for United States

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND DIVISION

12 UNITED STATES OF AMERICA          )  No. CR 14-70135 MAG
                                     )
13     v.                            )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING DATE AND DOCUMENTING
14 GILBERT COLON,                    )  EXCLUSION OF TIME UNDER THE SPEEDY
                                     )  TRIAL ACT AND RULE 5.1
15     Defendant.                    )
                                     )
16                                   )
                                     )
17 _____

18      The parties, Assistant United States Attorney Arianna Berg on behalf of the United States and

19 Joyce Leavitt, Assistant Federal Public Defender, on behalf of the defendant, GILBERT COLON,

20 hereby request that the date for preliminary hearing and the next status date before this Court, presently

21 set for May 5, 2014, be continued until June 10, 2014 so that the defense may continue to review

22 discovery and so that the parties can discuss potential resolution of the case.  The parties further

23 requested that, given the need to gather and examine discovery, time continue to be excluded under Rule

24 5.1 and the Speedy Trial Act until June 10, 2014.  Additional time is necessary to review the evidence

25 and investigate the case, and that it is in the best interests of the defendant to do so before formal

26 charges are filed.  The government agrees.  Accordingly, pursuant to Federal Rule of Criminal

27
28 Procedure 5.1, the Court would now be required to conduct a preliminary hearing on or before June 10,

STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL
ACT AND RULE 5.1
CR 14-70135

2014, unless, inter alia, the defendant, who is in custody, waives the preliminary hearing or is indicted. In addition, the parties would now be required to next appear in front of this Court on June 10, 2014, rather than May 5, 2014.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: April 29, 2014                                  /s/
ARIANNA BERG
Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender

DATED: April 30, 2014                                  /s/
JOYCE LEAVITT
Counsel for Defendant

STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1
CR 14-70135

1                              [PROPOSED] ORDER

2       For the foregoing reasons, the Court HEREBY ORDERS that the date for preliminary hearing
3  and the next Court date in this matter is re-set to June 10, 2014, unless, inter alia, the defendant, who is
4  in custody, waives the preliminary hearing or is indicted.  The Court finds that good cause is shown for
5  extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes
6  that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

7       The Court finds that the failure to grant the requested extension would deny counsel the
8  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
9  The Court finds that the ends of justice served by granting the requested extension outweigh the best
10 interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
11 The Court also concludes that an exclusion of time through and including Jun1 10, 2014, should be
12 made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also
13 finds that the ends of justice served by an exclusion of time through and including June 10, 2014
14 outweigh the best interest of the public and the defendant in a speedy trial.  *Id.* § 3161(h)(7)(A).

**IT IS SO ORDERED**.

DATED: 5/5/14

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1
CR 14-70135